In the United States District Court of Western Virginia
Lynchburg Division

**Timothy Zachariah Santiago**
(Plaintiff)

VS

Case No: 6:22CV00041

**Ryan Zudima, Police Chief**
(Lynchburg Police Department)

**Sargent Burns**
(Lynchburg Police Department)

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 28 2022

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**Elsa Ramirez**
(Lynchburg Police Department)

Serve: City Attorney MAtthew Freedman
       900 Church St,
       Lynchburg Va 24504

---

## CIVIL COMPLAINT

1. This is an action for the willful deprivation of civil rights under the First Amendment of the United States Constitution, and aggravated assault pursuant to *42 U.S.C. Sec. 1983 and under state law* resulting from the unlawful dispersal of a protected assembly. Plaintiff brings this action to redress the color of federal and state law of the rights, privileges, and immunities secured to him by the Constitution of the United States, and the laws of the United States and the Commonwealth of Virginia. Plaintiff brings forth claims for violation of his right to freely assemble in violation of the First Amendment of the United States Constitution, for aggravated assault, and for civil conspiracy pursuant to 42 U.S.C. Sec. 1983 and state laws regarding the right to peacefully assemble, federal protections against war crimes and aggravated assault and battery. The plaintiff brings this action against the Lynchburg Police Department officers responsible for the unlawful

dispersal of him from a public space and against the Chief of Police for his supervisory role in the attack, as the Plaintiff seeks compensatory and punitive damages, declaratory and injunctive b relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Sections 1331, 1343, and 1367.
3. Venue is proper in this District under 28 U.S.C. Sec. 1391(b), as all of the unconstitutional acts and omissions complained of occurred in the City of Lynchburg of the Western District of Virginia.

## PARTIES

4. Timothy Santiago is a resident of Lynchburg Virginia and a citizen of the United States.
5. Ryan Zudima is an employee of the City of Lynchburg and Chief of the Lynchburg Police Department. The department in which he is Chief of operates at 905 Court St Lynchburg Va. The Chief was acting on his statutory authority as Chief at the time of offense.
6. Sergeant Burns is a Supervisory officer of the Lynchburg Police department operating at 905 Court St Lynchburg VA. At the time of offense he was acting on his statutory authority of a Police officer.
7. Elsa Rameriez is a Police Officer of the Lynchburg Police department operating at 905 Court St Lynchburg VA. At the time of offense she was acting on his statutory authority of a Police officer.

## Factual Background

8. The incident happened on May31, 2020-June 1, 2020 at the intersection of Fifth St and Federal St.
9. Officer Elsa Ramirez, and Sargeant Burns of the Lynchburg Police Department were responding to a protest at the stated location.
10. The plaintiff was participating in the protest.
11. When officers of the Lynchburg Police Department responded they began to form a "Protective Line" around the business located at the stated location.
12. The business is called and does business as "Fifth and Federal". This business was the party subject to the protest.
13. For several hours the plaintiff and other protesters protested Peacefully.

14. More protesters began to appear as the day went on.
15. Around 2100h protesters began to become rowdy and throw trash.
16. Upon seeing protesters throwing trash onto the business's property, the plaintiff began picking up the trash.
17. Upon seeing this officers thanked the plaintiff for doing this.
18. About this time a group from a local Militia arrived armed with carbine rifles and handguns.
19. Sarg. Burns assisted the Militia members in setting up to defend the Property
20. Once members of the Militia were on the roof, the plaintiff informed Officer Elsa Ramirez and Sarg Burns that militia members were pointing loaded carbine rifles at Protesters. He alerted officers multiple times of this.
21. Everytime the Plaintiff informed officers of this he was ignored.
22. Around 2200h officers Sarg. Burns and Elsa Ramirez both began pushing individuals without cause and deploying chemical agents in order to disperse protesters.
23. At the time chemical agents were dispersed the plaintiff was on a public sidewalk and not committing a crime.
24. No verbal warming was stated declaring the assembly unlawful until after chemical agents were dispersed.

## Count One- Unlawful Dispersal of a Protected Assembly, Violation of the 1st Amendment US Constitution. (All Defendants)

25. Plaintiff incorporates by reference herein the preceding paragraphs of this Complaint
26. Immediately prior to the unlawful dispersal the Plaintiff was peacefully protesting.
27. The officers on scene from the Lynchburg police department called in reinforcements
28. The plaintiff was forced to leave the protest by force and use of chemical agents.
29. The plaintiff made no attempt to cause violence or disturb the peace. Multiple witnesses saw the plaintiff trying to keep the event peaceful.
30. Upon the unlawful dispersal the Plaintiff was sprayed and hit with pepper-spray and tear-gas.
31. The actions taken by officers forced the plaintiff to leave a protected assembly.
32. By taking these actions the officers deprived the plaintiff of rights, remedies, privileges and immunities guaranteed to every citizen of the United States.
33. In taking these actions the officers were acting on behalf of their Chief of Police, Ryan Zudima.
34. These actions were willful and done by individuals of sound mind.

## Count Two- Aggravated Assault With Chemical Agents.

34. On the disruption of a protected assembly the Officers involved used chemical agents to disperse the crowd gathered.
35. Since no order to disperse was given, no chemical agents should have been used.
36. When the officers hit the plaintiff with chemical agents unprovoked they committed Aggravated Assault through the use of a chemical agent.

# Relief Sought

37. The plaintiff was harmed physically and mentally from the unlawful use of weapons against him. In this case the defendants acted with gross negligence and with such reckless behavior that demands monetary relief and punitive damages.
38. The plaintiff asks for $500,000.00 in real damages from the physical and mental harm caused by the behavior of the defendants.
39. The plaintiff also asks that the Court award punitive damages to the plaintiff. In an amount that the court may allow

**The Plaintiff makes the demand of a Jury Trial**

Timothy Santiago (Pro Sre)
710 5th Street
Lynchburg VA 24504