UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/17/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

| | |
|---|---|
| TIMOTHY ZACHARIAH SANTIAGO, <br><br> *Plaintiff,* <br><br> v. <br><br> RYAN ZUDIMA, *et al.*, <br><br> *Defendants.* | Case No. 6:22-cv-41 <br><br> ORDER <br><br> Judge Norman K. Moon |

This matter comes before the Court on Plaintiff Timothy Zachariah Santiago's Complaint, Dkt. 2, a claim under 42 U.S.C. § 1983 which was filed in forma pauperis.

"[I]n evaluating a complaint filed in forma pauperis pursuant to § 1915, a district court may consider a statute of limitations defense *sua sponte* when the face of the complaint plainly reveals the existence of such defense." *Eriline Co. S.A. v. Johnson*, 440 F.3d 648, 656 (4th Cir. 2006).

The facts alleged in the complaint occurred on May 31 and June 1, 2020. The statute of limitations for § 1983 claims borrows from state law personal injury statutes of limitation. *Lewis v. Richmond City Police Dep't*, 947 F.3d 733, 735 (4th Cir. 1991). The Virginia statute of limitations for personal injury claims is two years. Va. Code § 8.01-243(A). This complaint was filed in July 2022—more than two years after June 1, 2020. Therefore, the Complaint is untimely.

This case is hereby DISMISSED with prejudice. The Clerk is directed to strike the case from the Court's active docket.

The Clerk is also directed to send this Order to all counsel of record.

Entered this 17th day of August 2022.

                                                         NORMAN K. MOON  
                                                         SENIOR UNITED STATES DISTRICT JUDGE